## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Angela Piersanti

                              Plaintiff,

v.                                              Case No.: 1:14–cv–01537
                                              Honorable Milton I. Shadur

Northstar Location Services, LLC

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 28, 2014:

      MINUTE entry before the Honorable Milton I. Shadur: Pursuant to plaintiff's notice of voluntary dismissal, this action is hereby dismissed with prejudice. Status hearing set for 4/24/2014 is vacated. Civil case terminated. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.